IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| VICTOR VELAZQUEZ,<br><br>Plaintiff,<br><br>vs.<br><br>ESTES EXPRESS LINES, INC.,<br><br>Defendant. | Case No. 4:17-cv-00199-RP-SBJ<br><br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, all parties stipulate to the dismissal with prejudice of Plaintiff's claims against Defendant in the above captioned action.

/s/ *Emily McCarty*
FIEDLER & TIMMER, P.L.L.C.
Emily McCarty AT0010147
emily@employmentlawiowa.com
David Albrecht AT0012635
david@employmentlawiowa.com
8831 Windsor Parkway
Johnston, IA 50131
Telephone:  515-254-1999
Facsimile:  515-254-9923
ATTORNEYS FOR PLAINTIFF

/s/ *Thomas M. Cunningham*
NYEMASTER GOODE, P.C.
Thomas M. Cunningham AT0001830
700 Walnut, Suite 1600
Des Moines, IA 50309
Telephone: (515) 283-3899
Facsimile: (515) 283-3108
Email: tmcunningham@nyemaster.com

AND

/s/ *David L. Terry*
David L. Terry
(Admitted *Pro Hac Vice)*
POYNER SPRUILL, LLP
301 S. College Street, Suite 2900
Charlotte, NC 28202
Telephone: (704) 342-5272
Facsimile: (704) 342-5264
Email: dterry@poynerspruill.com

ATTORNEYS FOR DEFENDANT